**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

   VS                                                                          CASE NO. 1:04cr6/MP

TIMOTHY WIMS

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on November 8, 2011
Motion/Pleadings: DEFENDANT'S MOTION FOR CLARIFICATION AND/OR CORRECTION OF THIS COURT'S ORDERS DATED AUGUST 7, 2008 AND JUNE 3, 2009
Filed by Defendant on 11/7/2011 Doc.# 902
RESPONSES:
                                                  on            Doc.#
                                                  on            Doc.#

\_\_\_ Stipulated    \_\_\_ Joint Pldg.
\_\_\_ Unopposed   \_\_\_ Consented

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

                                            *s/ Kathy Rock*

LC (1 OR 2)                           Deputy Clerk: Kathy Rock

# *ORDER*

    *Upon consideration of the foregoing, it is ORDERED this 10th day of November, 2011, that:*

    *The relief requested is DENIED. The court's reasoning is set forth fully in the prior orders. The clerk is directed to provide defendant with a copy of the court's Order dated June 3, 2009. (Doc. 794).*

                                                    *s/ M. Casey Rodgers*
                                                   *M. CASEY RODGERS*
                                         *Chief United States District Judge*