# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04cr6-MP-GRJ

TIMOTHY WIMS,

    Defendant.

_____/

## O R D E R

    This matter is before the Court on Doc. 898, Defendant's Motion for a Certificate of Appealability regarding the order at Doc. 894, and Doc. 911, Defendant's Motion for Leave to Appeal in Forma Pauperis. For the reasons stated in the order at Doc. 894, the Court finds that Petitioner fails to make a substantial showing of the denial of a constitutional right and the issues are not adequate enough to deserve encouragement to proceed further. Therefore, no certificate of appealability is appropriate in this case. Also, under Fed. R. App. P. 24(a)(4), the Court may certify that the appeal is not taken in good faith and for that reason deny the motion to proceed *in forma pauperis*. For the reasons set out in the order at doc. 894, the Court hereby certifies that the appeal is not taken in good faith.

    Accordingly, it is now **ORDERED** as follows:

    The Motion for Certificate of Appealability, Doc. 898, is DENIED, and the Motion to Appeal in Forma Pauperis, Doc. 911, is DENIED.

    **DONE and ORDERED** this 10th day of January, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**